UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cv-2394-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| ROGER NAPOLEAN GRANT, | |
| Defendant. | |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 19, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 32.) Neither party has filed objections to the findings and recommendations.  Although Defendant has filed multiple Notices of Inquiry and Acceptance (ECF Nos. 33–36), he states therein that he does not "argue the facts, jurisdiction, law or venue."  (ECF No. 33 at 4; ECF No. 34 at 1; ECF No. 35 at 1.)

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

1

F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 19, 2026 (ECF No. 32) are adopted in full.

2. Plaintiff's Motion for Default Judgment (ECF No. 23) is GRANTED.

3. The Court declares the following documents are null, void, and of no legal effect and that the record of these filings shall be expunged and removed from the public record:

- UCC Financing Statement, File #U250156534525;
- UCC Financing Statement, File #U250156544324;
- UCC Financing Statement Amendment, File #U250156558728;
- UCC Financing Statement, File #U250146336633;
- UCC Financing Statement, File #U250146431937;
- UCC Financing Statement, File #U250146514530;
- UCC Financing Statement, File #U250156542017;
- UCC Financing Statement, File #U250156533220;
- UCC Financing Statement Amendment, File #U250156559023;
- UCC Financing Statement, File #U250146347333;
- UCC Financing Statement, File #U250146439944;
- UCC Financing Statement, File #U250146535828;
- UCC Financing Statement, File #U250156539021;
- UCC Financing Statement, File #U250156528927;
- UCC Financing Statement Amendment, File, #U250156559730;
- UCC Financing Statement, File #U250156528220;
- UCC Financing Statement, File # U250156537522;
- UCC Financing Statement Amendment, File, #U250156559831;
- UCC Financing Statement, File #U250146387236;

2

- UCC Financing Statement, File #U250146465131;
- UCC Financing Statement, File #U250146541830;
- UCC Financing Statement, File #U250156536015;
- UCC Financing Statement, File #U250146368539;
- UCC Financing Statement, File #U250146447234;
- UCC Financing Statement, File #U250146524026;
- UCC Financing Statement, File #U250156529626;
- UCC Financing Statement, File #U250156540720; and
- UCC Financing Statement Amendment, File, #U250156559326.

4. The United States may file this Order with the California Secretary of State and in the public records of any other jurisdiction where documents identical or similar to the false liens (listed above) may have been filed by Defendant.

5. Further, Defendant, his agents, employees, and all others in active concert or participation with him are ENJOINED from filing, or attempting to file, any document or instrument that (1) purports to create a nonconsensual lien against the property of any federal officer or employee or (2) contains any personal information (such as the social security number or the residence address) of any federal officer or employee.

6. The Clerk of Court is directed to enter judgment accordingly and close the case.

IT IS SO ORDERED.

Date: May 5, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

3